## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kent Albers, | ) | |
| | ) | **ORDER RE PRETRIAL DEADLINES** |
| Plaintiff, | ) | **AND EXTENSION OF TIME TO** |
| | ) | **FILE RESPONSE TO DEFENDANT'S** |
| vs. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| Deere & Company, | ) | Case No. 1:08-cv-040 |
| | ) | |
| Defendant. | ) | |

The court held a scheduling conference in the above-entitled action on June 10, 2008. Attorney Marnell W. Ringsak appeared on the Plaintiff's behalf.  Attorney B. Timothy Durick appeared on the Defendant's behalf.

The court approves the parties' scheduling and discovery plan as submitted and which is attached to this order.  However, the court will set definitive deadlines, if necessary, once it has ruled on the Defendant's pending Motion for Summary Judgment.  The court further orders that the Plaintiff shall have until July 15, 2008, to file a response to the Defendant's Motion for Summary Judgment.

In the scheduling and discovery plan the parties consented to the assignment of the above-entitled action to the undersigned for all purposes, including trial and the entry of final judgment. If for any reason that was not the parties' intent, they must file an objection with ten (10) days of this order.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court